FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAFAEL BARRALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CRUMP et al.,<br><br>　　　　Defendants. | No. ED CV 13-01589-VBF (DFM)<br><br>Order Adopting R&R; Granting in Part and Denying in Part Spears's Motion to Dismiss; and Permitting Plaintiff to Amend the Complaint No Later Than March 23, 2015 |

　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, defendant Spears's unopposed Fed. R. Civ. P. 12(b)(6) motion to dismiss the complaint, the well-reasoned Report and Recommendation ("R&R") of the United States Magistrate Judge, and the applicable law. Neither party has filed any written objections to the R&R or sought an extension of time in which to do so. It is hereby ordered that:

　　　The Report and Recommendation **[Doc #25] is ADOPTED.**

　　　Defendant Spears's motion to dismiss the complaint **[Doc #19] is granted in part and denied in part as follows:**

- Spears's motion to dismiss claims against him in his official capacity is GRANTED, and those claims are dismissed with prejudice.
- Spears's motion to dismiss the excessive-force claim against him is DENIED.
- Spears's motion to strike the punitive-damages request is DENIED.

The Court also **DISMISSES** the official-capacity claims against Crump.

Plaintiff **MAY FILE** a First Amended Complaint no later than Monday, March 23, 2015, but he is <u>not</u> required to do so.

Dated: February 26, 2015

*/s/ Valerie Baker Fairbank*

Valerie Baker Fairbank
Senior United States District Judge