JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL BARRALES,** | Case No. ED CV 13-01589-VBF (DFM) |
| **Plaintiff,** | |
| v. | **FINAL JUDGMENT** |
| A. CRUMP (Correctional Officer) and D. SPEARS (Correctional Officer), | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge Without Objection, Granting Defendant Spears's Summary-Judgment Motion, Granting Defendant Crump's Summary-Judgment Motion, Dismissing the Amended Complaint With Prejudice, and Directing the Clerk to Terminate the Case, **final judgment is hereby entered in favor of both defendants and against the plaintiff.**

DATED: Wednesday, April 20, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge